UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

JAMES LEE MCGEE,

    Plaintiff,

v.                                    Case No. 3:15cv443/MCR/CJK

JULIE L. JONES, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This civil rights case is before the court upon plaintiff's "Voluntarily of Dismissal," which the undersigned construes as a notice of voluntary dismissal (doc. 19). The undersigned finds, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), that the action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED WITHOUT PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 20th day of July, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.