UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES LEE MCGEE,**

    **Plaintiff,**

v.                                                          **Case No. 3:15cv443/MCR/CJK**

**JULIE L. JONES, FLORIDA
DEPARTMENT OF CORRECTIONS,**

    **Defendant.**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 20, 2016. ECF No. 20. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of August, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**